UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-81361-RYSKAMP/HOPKINS

DANIEL LUGO,

    Plaintiff,

v.

SOMERSET SHOPPES FLA, LLC,

    Defendant.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court on the parties' stipulation of dismissal with prejudice **[DE 20]** filed on June 4, 2012.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorneys' fees and costs.  The Court shall retain jurisdiction solely to enforce the terms of the parties' settlement agreement.  The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 14 day of June, 2012.

                                                /s/ Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE